# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: 15-06156-BKT |
|---|---|
| EDGARDO J. ALICEA ESPADA | CHAPTER 7 |
| DEBTOR | |

## REPORT OF UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

The undersigned trustee of the above entitled estate, reports that the below listed check(s) has (have) been returned by the US Postal Service. The Trustee does not have any other postal address to which payment of said claims can be made:

| Case No. | Ck No. | Pay To | Amount |
|---|---|---|---|
| **15-06156-BKT** | 3018 | **EDGARDO J. ALICEA ESPADA** | $18,571.84 |

Accordingly, by **Check number 3019** in the amount of $18,571.84, the trustee hereby consigns the funds to the Clerk of the Court, in compliance with the provision of U.S.C. Section 347.

**WHEREFORE**, said trustee prays this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 11 day of February, 2020.

**CERTIFICATE OF SERVICE:** I hereby certify that the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing in said system including the U.S. Trustee Office and sent by mail to Debtor and Debtor's attorney.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Wilfredo Segarra Miranda
**WILFREDO SEGARRA MIRANDA**
Chapter 7 Trustee
P.O. BOX 9023385
SAN JUAN, P.R. 00902-3385
TEL. 787-725-6160