Fill in this information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | Edgardo J Alicea Espada | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of Puerto Rico
(State)

Case number:   15-06156-BKT

RECEIVED AND FILED - MAIL
USBC '20 SEP 10 AM 9:04

**Form LBF-B (Rev. 12/19)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $18,571.84 |
| Claimant's Name: | RAL Money Finders, LLC EIN # 85-1784344 |
| Claimant's Name (2): | |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 8101 Sandy Spring Road, Suite 300<br>Laurel, MD 20707<br>1888-360-0036<br>sclary@ralmoneyfinders.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐  Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑  Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐  Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐  Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☑  Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application (copy of a valid driver's license and/or passport). All applicants must file and submit form AO 213P.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑    Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
for the District of Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, P.R. 00918

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 8/31/2020 | Date: _____ |
| _____ Signature of Applicant | _____ Signature of Co-Applicant (if applicable) |
| Sherly Clary- Managing Member, RAL Money Finders, LLC Printed Name of Applicant | _____ Printed Name of Co-Applicant (if applicable) |
| Address: 8101 Sandy Spring Road, Suite 300 Laurel, MD 20707 | Address: |
| Telephone: 1-888-360-0036 | Telephone: _____ |
| Email: sclary@ralmoneyfinders.com | Email: _____ |

**6. Notice of Response Time**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing Application for Payment of Unclaimed Funds with all supporting documentation was mailed to:

Office of the United States Attorney
For the District of Puerto Rico
Torre Chardon, Suite 1201
350 Carlos Chardon Ave,
San Juan, P.R. 00918

Names and addresses of all other parties served:

Debtor
EDGARDO J ALICEA ESPADA
PO BOX 13403
SAN JUAN, PR 00908
Regular Mail

Debtor's Attorney
EDGAR D BRITO BORGEN
PO BOX 362279
SAN JUAN, PR 00936-2279
Regular Mail

Trustee
WILFREDO SEGARRA MIRANDA
PO BOX 9023385
SAN JUAN, PR 00902-3385
Regular Mail

U.S. Trustee
MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901
Regular Mail

Date: August 31, 2020

Sherly Clary- Managing Member
RAL Money Finders, LLC
8101 Sandy Spring Road
Suite, 300
Laurel, MD 20707

## **Explanation for Application for Payment of Unclaimed Funds**

The claimant did not receive the dividend check for case number 15-06156-BKT for the following reason:

Dividends were not collected by the Claimant, Edgardo J. Alicea Espada

Edgardo J. Alicea Espada has assigned his unclaimed funds to RAL Money Finders, LLC as evidenced by the attached assignment agreement.

Date: August 31, 2020

Sherly Clary- Managing Member
RAL Money Finders, LLC
8101 Sandy Spring Road
Suite 300
Laurel, MD 20707

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF PUERTO RICO

RE:   EDGARDO J. ALICEA ESPADA

CASE # 15-06156-BKT

_____
       Debtors (s)

### LIMITED POWER OF ATTORNEY

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

EDGARDO J. ALICEA ESPADA ("CLIENT"), appoints RAL MONEY FINDERS, LLC, as its lawful attorney in fact for the limited purpose of recovering, receiving, and obtaining information pertaining to the outstanding tender of funds in the amount of **$18,571.84** ("the FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a government agency authority.

CLIENT grants RAL MONEY FINDERS, LLC the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the government agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to RAL MONEY FINDERS, LLC pursuant to and in accordance with its agreement with CLIENT.

RAL MONEY FINDERS, LLC may not incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

The Attorney-in-Fact shall be able to have the authority herein beginning **08/19/2020** and end upon collection of the aforementioned FUNDS. Immediately afterwards this form shall become void. In addition, this power of attorney shall immediately be voided upon a revocation form being authorized by the CLIENT.

_____          25 August 2020
EDGARDO J. ALICEA ESPADA                        Date
TAX ID XXX-XX- 62 17

### ACKNOWLEDGMENT

AFFIDAVIT 7353

STATE OF   P.R.                      COUNTY OF   San Juan

On this 25 day of August , 20 20, before me, the undersigned Notary Public in and for the said County and State, personally appeared EDGARDO J. ALICEA ESPADA to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned. As witness, my hand and notarial seal.

_____
Notary Public Signature

My commission expires is permanent

Page 1 of 1

## ASSIGNMENT AGREEMENT

This Assignment Agreement (the "Agreement") is entered into as of August 19, 2020 (the "Effective Date") by and between RAL Money Finders, LLC, with a principal place of business of 8101 Sandy Spring Road Suite 300, Laurel MD 20707, (the "Assignee") and EDGARDO J. ALICEA ESPADA with an address of P.O. Box 13403, San Juan, PR 00908 (the "Assignor").

1. Assignor is/was a Debtor in the Case Number (15-06156-BKT) as filed in the District of Puerto Rico (the "Case"). As a Debtor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the amount of $18,571.84 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign the convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representation, and warranties herein, the parties agree as follows:

3. Assets Assigned: Assignor does hereby convey, transfer, and assign any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any unclaimed funds resulting from the bankruptcy case located at:

Court: United States Bankruptcy Court District of Puerto Rico
Debtor: EDGARDO J. ALICEA ESPADA
Chapter: 7
Case Number: 15-06156-BKT
Unclaimed Amount: $18,571.84

4. Collection of Surplus Funds: Assignee hereby agrees to attempt within the best of its abilities to collect the unclaimed funds. If Assignee collects any unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

5. Fees: RAL Money Finders, LLC service fee is 10% from the unclaimed funds balance recovered.

6. This assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest. Assignee will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

7. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

8. Power of Attorney: To the extend necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the funds and fulfillment of Assignor's obligation(s) under this Agreement, RAL Money Finders, LLC as its attorney-in-fact.

9. This agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____    Assignee: _____
          **EDGARDO J. ALICEA ESPADA**              **Sherly Clary – Managing Member**
                                                    **RAL Money Finders, LLC**



8101 Sandy Spring Road, Suite 300
Laurel, MD 20707
1-888-360-0036

## SERVICE AGREEMENT

In consideration of RAL Money Finders, LLC, having brought to my attention unclaimed funds (the "Funds") in which I, EDGARDO J. ALICEA ESPADA has an interest and in consideration of the work performed and to be performed by RAL Money Finders, LLC, to gather all information regarding the Claim and process the recovery of the Funds.

I, EDGARDO J. ALICEA ESPADA do hereby assign to RAL Money Finders, LLC, an amount equal to 10% of the net proceeds RAL Money Finders, LLC recovers on my behalf now and in the future for this one Claim only (the "Fee"). IT is further agreed that all costs and expenses involved in the recovery process shall remain with and be the responsibility of RAL MONEY FINDERS, LLC. If no Funds are recovered, RAL Money Finders, LLC will not collect a fee.

RAL Money Finders, LLC is further authorized and directed to act as my sole and exclusive Agent to process this claim and collect any Funds due to me. I agree to execute a Limited Power of Attorney appointing RAL Money Finders, LLC as my and exclusive Agent under said Power of Attorney to pursue, process, and recover any and all unclaimed Funds related to this Claim. I also agree to promptly execute and deliver to RAL Money Finders, LLC any other documents and or information requested reasonably necessary to process the claim and recover the Funds.

This Agreement shall be interpreted in accordance with the law of the State of Maryland and in the event of any dispute regarding or breach of this Agreement, the sole and exclusive venue for the resolution of any such dispute or breach shall be in a court of competent jurisdiction in Prince George's County, Maryland.

The parties acknowledge and agree that this agreement represents the entire agreement between the Parties. In the event that the Parties desire to change, add, or otherwise modify any terms, they shall do so in writing to be signed by both parties.

The parties agree to the terms and conditions set forth above as demonstrated by their signatures as follows:

Agreed to and Accepted by:

_____  26 August 2020     _____

EDGARDO J. ALICEA ESPADA          Date          Sherly Clary- Managing Member
                                                RAL Money Finders, LLC
P.BOX 13403
San Juan P.R. 00908

_____                       _____
Address                                       Phone

Page **1** of 1

Filing Date and Time: 8/22/2020 2:25:31 PM                    Acknowledgement Number: 5000000003616652

# ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

**(1) The name of the Limited Liability Company is:**

RAL Money Finders, LLC (W20627527)

**(2) The address of the Limited Liability Company in Maryland is:**

8101 Sandy Spring Road, Suite 300, Laurel, MD, 20707

**(3) In order to operate in Maryland, will the registering entity require a business or industry license that is issued by the state or any other local agency?**

No

**(4) The Resident Agent of the Limited Liability Company in Maryland is:**

Sherly Clary

whose address is:

9517 park ave, laurel, MD, 20723

**(5) Signature(s) of Authorized Person(s):**

sherly clary

**(6) Signature(s) of Resident Agent(s):**

Sherly Clary

**(7) Filing party's name and return address:**

Sherly Clary, 9517 Park Ave, Laurel, MD, 20723

I hereby consent to my designation in this document.

MARYLAND STATE DEPARTMENT OF ASSESSMENTS & TAXATION

CHANGING
Maryland
*for the Better*

301 WEST PRESTON STREET, BALTIMORE, MARYLAND 21201-2395

SDAT40.2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>EDGARDO J. ALICEA ESPADA<br><br>DEBTOR | CASE NO.: 15-06156-BKT<br><br>CHAPTER 7 |
|---|---|

### REPORT OF UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

The undersigned trustee of the above entitled estate, reports that the below listed check(s) has (have) been returned by the US Postal Service. The Trustee does not have any other postal address to which payment of said claims can be made:

| Case No. | Ck No. | Pay To | Amount |
|---|---|---|---|
| **15-06156-BKT** | 3018 | **EDGARDO J. ALICEA ESPADA** | $18,571.84 |

Accordingly, by **Check number 3019** in the amount of $18,571.84, the trustee hereby consigns the funds to the Clerk of the Court, in compliance with the provision of U.S.C. Section 347.

**WHEREFORE**, said trustee prays this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 11 day of February, 2020.

**CERTIFICATE OF SERVICE:** I hereby certify that the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing in said system including the U.S. Trustee Office and sent by mail to Debtor and Debtor's attorney.

*/s/ Wilfredo Segarra Miranda*
**WILFREDO SEGARRA MIRANDA**
Chapter 7 Trustee
P.O. BOX 9023385
SAN JUAN, P.R. 00902-3385
TEL. 787-725-6160